| | |
|---|---|
| ◆PROB 22 (Rev. 2/88) | **DOCKET NUMBER** *(Tran. Court)* <br> 5:98CR20005-2 |
| **TRANSFER OF JURISDICTION** | **DOCKET NUMBER** *(Rec. Court)* <br> 1: 11 CR 0 0 3 7 2  LJO |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Sonn K. Ke <br> ████████████ | ND/CA | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Ronald M. Whyte | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 09/03/2010 | TO 09/02/2013 |

**LODGED**
OCT 31 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**OFFENSE**
18:924C.F - Felony-Class C - VIOLENT CRIME/DRUGS/MACHINE GUN
18:1951.F - Felony-Class C - INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Eastern District of California _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/12/11
*Date*

*Ronald M. Whyte*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Eastern District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____            _____
*Effective Date*                                    *United States District Judge*