## Office of the Clerk
## UNITED STATES DISTRICT COURT
## Northern District of California

Richard W. Wieking
Clerk

280 South First Street
Rm 2112
San Jose, CA 95113
Phone No. (408)535-5363

**Clerk of Court**
**U. S. District Court of Eastern California**
**2500 Tulare Street,**
**Fresno, CA 93721**



January 10, 2012

Case Number: **CR-98-20005-02-RMW (Your Case# 1:11CR00372 LJO)**

Case Title:    **USA vs. Sonn Kim Ke**

Dear Clerk:    **USDC for Eastern District of California**

are:
Pursuant to the Order transferring the above-captioned case to your Court, transmitted herewith

    (X)    Certified copy of the Indictment/Information;

    (X)    Certified copy of the Transferral Order;

    (X)    Certified copy of Judgment and Commitment Order;

    (X)    Certified copy of the docket entries;

RECEIVED

JAN 1 2 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Please acknowledge receipt of the above document on the copy of this letter.

Very Truly Yours,

*Rita F. Escolano*

Case Systems Administrator

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 5:98CR20005-2 |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |
| | | 1: 11 CR 0 0 37-2   LJ0 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | |
|---|---|---|
| Sonn K. Ke | ND/CA | **FILED** |
| | NAME OF SENTENCING JUDGE | DEC 06 2011 |
| | Honorable Ronald M. Whyte RICHARD W. WIEKING FROM CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | 09/03/2010     09/02/2013 |

**OFFENSE**

18:924C.F - Felony-Class C - VIOLENT CRIME/DRUGS/MACHINE GUN
18:1951.F - Felony-Class C - INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Eastern District of California _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/12/11
*Date*

*Ronald M. Whyte*
*United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Eastern District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11-1-11
*Effective Date*

I hereby certify that the annexed instrument is a true and United States District Judge copy of the original filed in my office. ATTEST: FILED
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By: _____ Deputy Clerk
Date: DEC 7

# UNITED STATES DISTRICT COURT
## Northern District of California

UNITED STATES OF AMERICA

v.

Case Number CR 98-20005-02 RMW

SONN KIM KE
    Defendant.

# FILED

## JUDGMENT IN A CRIMINAL CASE
### (For Offense(s) Committed On or After November 1, 1987)

JUN 1 7 1999

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

The defendant, SONN KIM KE, was represented by Alfredo Morales (Appointed).

On motion of the United States, the court has dismissed count(s) 1, 3, and 5.

The defendant pleaded guilty to count(s) 2, 4, 6, and 7 of the Second Superseding Indictment and 1 of the Felony Information. Accordingly, the defendant is adjudged guilty of the following count(s), involving the indicated offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 U.S.C. § 1951 (a) | Interference with Commerce by Violence, Class C felonies | 2, 4, and 6 |
| 18 U.S.C. § 924 © | Use of a Firearm during the Commission of a Crime of Violence, a Class D felony | 7 |
| 18 U.S.C. § 1951 (a) | Interference with Commerce by Violence, a Class C felony | 1 |

As pronounced on June 14, 1999, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $200.00, for count(s) 2, 4, 6, and 7 of the Second Superseding Indictment and Ct. 1 of the Felony Information, which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the ___17___ day of ___June___, 1999.

I hereby certify that the annexed
instrument is a true and correct
copy of the original filed in my
office. ATTEST FILED:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By:
Date DEC        Deputy Clerk

Ronald M. Whyte
Ronald M. Whyte
U.S. District Judge

Defendant's SSAN:
Defendant's Date of Birth:
Defendant's mailing address:
    US marshal #: 22181-038

Defendant's mailing address: In-Custody, San Jose, CA

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Judgment--Page 2 of 6

Defendant:  SONN KIM KE
Case Number:  CR 98-20005-02 RMW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 168 months this term consists of 108 months as to each of Cts. 2, 4, and 6 of the Second Superseding Indictment and Ct. 1 of the Felony Information and 60 months as to Ct. 7 of the Second Superseding Indictment to run consecutive. The terms of Cts. 2, 4, and 6 of the Second Superseding Indictment and Count 1 of the Felony Information to run concurrently.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ _____ to_____ at _____
_____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 3 - Supervised Release

Judgment--Page 3 of 6

Defendant: SONN KIM KE
Case Number: CR 98-20005-02 RMW

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months. The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of supervised release.

### STANDARD CONDITIONS OF SUPERVISED RELEASE

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall not commit another federal, state, or local crime; specifically, the defendant shall not illegally possess a controlled substance and shall not own or possess a firearm or destructive device.
2) The defendant shall not leave the judicial district without the permission of the court or probation officer.
3) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
4) The defendant shall answer truthfully all inquiries by the probation officer, shall provide the probation officer access to requested financial information, and shall follow the instructions of the probation officer.
5) The defendant shall support his or her dependents and meet other family responsibilities.
6) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
7) The defendant shall notify the probation officer ten(10) days prior to any change in residence or employment. (On change of residence to a new jurisdiction of a person convicted either of a crime of violence or of a drug trafficking offense, the Probation Office is responsible for complying with the notice provisions of 18 U.S.C. § 4042(b).)
8) The defendant shall refrain from excessive use of alcohol, except that a defendant while in the Drug and Alcohol Intensive Counseling and Aftercare Service Program (DAICASP).(or comparable program in another district) shall consume no alcohol. The defendant shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.
9) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
10) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
11) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
12) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
13) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
14) The defendant shall comply with any directions from the probation officer to serve notice of third party risks the defendant may pose, and shall cooperate with the officer's efforts to confirm compliance.
15) The defendant shall comply with the schedule of payments imposed by the probation officer to satisfy the balance of any monetary obligation resulting from the sentence imposed in this case. Further, the defendant shall notify the probation office of any change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine, restitution, or assessment fee.
16) Unless excused by a special condition of supervised release in this Judgment or by a subsequent court order, the defendant shall comply with 18 U.S.C. § 3583(d) regarding mandatory drug testing. A positive urinalysis may result in the defendant's placement in the probation office's Drug and Alcohol Intensive Counseling and Aftercare Service Program (DAICASP) (or comparable program in another district) at the direction of the probation officer.
17) The defendant may be placed in the probation office's Drug and Alcohol Intensive Counseling and Aftercare Service Program (DAICASP) (or comparable program in another district) by virtue of a special condition of supervision contained in this Judgment, at the direction of the probation officer after a positive urinalysis, or a court order entered during the period of supervision for other good cause shown. This program may include (a) testing by the probation officer or an approved vendor to detect drug or alcohol abuse, (b) a mandatory drug education program (which may include individual or group counseling provided by the probation office or an approved vendor), (c) placement in a residential treatment program or community corrections center for up to 180 days at the direction of the probation officer (with the defendant to pay the cost of subsistence if the probation officer determines that the defendant has the ability to do so), and (d) home confinement subject to electronic monitoring for a maximum period of 90 days at the direction of the probation officer (with the defendant to pay the cost of monitoring if the probation officer determines that the defendant has the ability to do so).
18) The defendant shall report in person, within 72 hours of release from the custody of the Bureau of Prisons, to the probation office in the district where the defendant is released.

Judgment--Page 4 of 6

Defendant: SONN KIM KE
Case Number: CR 98-20005-02 RMW

## SPECIAL CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this Judgment:

1) That he cooperate with the immigration authorites and if deported, not re-enter the United States without the written permission of the U.S. Attorney General.

2) The he pay restitution.

3) That he submit his person, residence, office, vehicle, or any property under his control to a search. Such a search shall be conducted by a U.S. Probation Officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall warn any residents that the premises may be subject to searches.

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 6 - Restitution and Forfeiture

Judgment--Page 5 of 6

Defendant: SONN KIM KE
Case Number: CR 98-20005-02 RMW

## RESTITUTION AND FORFEITURE

### RESTITUTION

The court, pursuant to the Victim and Witness Restitution Act, finds that the following is/are victim(s) of defendant's criminal conduct and has/have sustained loss in the indicated amounts and orders restitution by the defendant as follows:

| Name & address of payee(s) | Amount |
| --- | --- |
| Farmer's Insurance Group, 11555 Dublin Canyon Road, Pleasanton, CA 94588-2817, ATTN: Scherry Turner, Claims Services, Claim No. Y6011541 | $47,769.20 |
| CNA Insurance Corporation, 1800 East Imperial Highway, Brea, CA 92821, Claim No. 13512302 | $363,397.62 |
| Cubb & Son, Inc., P.O. Box 30850, Los Angeles, CA 90030-0850, Ref. Policy #3532-28-31 | $252,206.69 |
| Alpha Systems, Inc., 5070 Brandin Court, Fremont, CA 94538, Ref: Robbery on May 31, 1995 | $1,000.00 |

Payments of restitution are to be made to Clerk, U. S. District Court, for transfer to the payee(s).

Restitution is due and payable immediately and may be collected in accordance with the Bureau of Prisons Inmate Financial Responsibility Program.

If there are multiple payees, any payment not made directly to a payee shall be divided proportionately among the payees named unless otherwise specified here:

NOTE: It is ordered that this defendant and co-defendants Chea and Son be held jointly and severally liable for the restitution owed to Farmer's Insurance Corporation; and it is ordered that this defendant and all co-defendants be held jointly and severally liable for the restitution owed to CNA Insurance Corporation. With regard to the restitution owed to Chubb & Son, Inc., and to Alpha Systems, Inc., it is ordered that this defendant have joint and several liability with the defendants convicted in CR 98-40003-CW. It is ordered that this defendant participate in the Bureau of Prisons' Inmate Financial Responsibility Program.

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 7 - Statement of Reasons

Judgment--Page 6 of 6

Defendant: SONN KIM KE
Case Number: CR 98-20005-02 RMW

## STATEMENT OF REASONS

The court adopts the factual findings and guideline application in the presentence report.

**Guideline Range Determined by the Court:**

| | |
|---|---|
| Total Offense Level: | 31 |
| Criminal History Category: | I |
| Imprisonment Range: | 108 months to 135 months |
| Supervised Release Range: | 2 to 3 years |
| Fine Range: | $12,500 to $125,000 |
| Restitution: | $664,373.51 |

The court declines to impose a fine because payment of a fine would interfere with the defendant's ability to pay restitution.

NO. Cr. **CR 98 20005 RMW**

# UNITED STATES DISTRICT COURT
### FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION

### UNITED STATES OF AMERICA
vs.

**REY CHEA, aka "T-BONE"**
**SONN KIM KE, aka "BONE"**
**SOKHA KONG, aka "KHA"**
**CHUON SON, aka "WATER"**
**ERIC HU, aka "RICKY"**

## INDICTMENT

**18 U.S.C. § 1951(a) -- Conspiracy to Interfere and**
**Interference with Commerce by Violence;**
**18 U.S.C. § 924(c) -- Use of Firearm in Commission**
**of a Violent Felony**

A true bill.

Charles W. Milton
Foreman

Filed in open court this 13th day of
January, 1998.

I hereby certify that this annexed
instrument is a true and correct
copy of the original filed in my
office. ATTEST FILED:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By:_____
Deputy Clerk
Date: DEC 7 2011

Clerk

Bail, $ no bail warrants to issue on
to each defendant


# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN US DISTRICT COURT

by: ☐ Complaint ☐ Information ☒ Indictment

**OFFENSE CHARGED - SEE ATTACHMENT**

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY**

**SEE ATTACHMENT**

---PROCEEDING---

Name of Complaining Agency or Person(& Title,if any)

Federal Bureau of Investigation

☐ Person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of **SHOW**
☐ U.S. Atty ☐ Defense **DOCKET NO.**

☐ this prosecution relates **MAGISTRATE** to a pending case involving **CASE NO.** this same defendant.
Cr.

☐ prior proceeding or appearance before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person furnishing information on THIS FORM
MICHAEL J. YAMAGUCHI
☒ U.S. Atty ☐ Other U.S. Agency

Name of Asst.U.S.Atty.
If assigned ELIZABETH K. LEE

---

Name of District Court and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**

**DEFENDANT - U.S. vs.**

**REY CHEA, aka T-BONE**

**DISTRICT COURT NUMBER**

CR98 20005RMW

---------DEFENDANT---------

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding, if not detained give date any prior summons _____ was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

---

**IS IN CUSTODY**

4) ☐ On this Charge

5) ☐ On another conviction ☐ Fed'l. ☒ State

6) ☐ Awaiting trial on other charges. If answer to (6) is "Yes", Show name of Institution

Centinela State Prison, Imperial, CA

Has detainer ☐ Yes       If Yes,
been filed ☐ No       give date
Filed_____

**DATE OF ARREST**
Month       Day       Year

Or.. if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED**
**TO U.S. CUSTODY**
Month       Day       Year

☐ This report amends AO 257 previously submitted

---

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**

**ARREST WARRANT**

Summons _____
Bail (Amt)    NO BAIL
NO PROCESS _____

*WHERE DEFENDANT PREVIOUSLY APPREHENDED ON COMPLAINT, NO NEW SUMMONS OR WARRANT NEEDED, SINCE MAGISTRATE HAS SCHEDULED ARRAIGNMENT

## ATTACHMENT TO PENALTY SHEET

### REY CHEA

18 U.S.C § 1951(a) - CONSPIRACY TO INTERFERE AND INTERFERENCE WITH COMMERCE BY VIOLENCE

**PENALTY:** Max. of 20 yrs. Imprisonment; $250,000.00 Fine; 3 yrs. Supervised Release; $100.00 Special Assessment.

18 U.S.C § 924(c) - USE OF FIREARM IN COMMISSION OF A VIOLENT FELONY

**PENALTY:** Mandatory Min. of 5 yrs. Imprisonment; $250,000.00 Fine; 3 yrs. Supervised Release; $100.00 Special Assessment.

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN US DISTRICT COURT

by:□ Complaint □ Information ☒ Indictment

OFFENSE CHARGED - SEE ATTACHMENT

□ Petty
□ Minor
□ Misdemeanor
☒ Felony

PENALTY

SEE ATTACHMENT

*SEALED COURT ORDER*
*BY*

------------PROCEEDING------------------

Name of Complainant Agency,Or Person(& Title,if any)

Federal Bureau of Investigation

□ Person is awaiting trial in another Federal or State Court, give name of court

□ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

□ this is a reprosecution of charges previously dismissed which were dismissed on motion of    **SHOW**
□ U.S. Atty □ Defense   **DOCKET NO.**

□ this prosecution relates   **MAGISTRATE**
to a pending case involving   **CASE NO.**
this same defendant
Cr.

□ prior proceeding or appearance before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person furnishing information on THIS FORM
MICHAEL J. YAMAGUCHI
☒ U.S. Atty □ Other U.S. Agency

Name of Asst.U.S.Atty.
If assigned   ELIZABETH K. LEE

---

Name of District Court and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S. vs.

SONN KIM KE, aka BONE

CR98 20005 RMW

------------DEFENDANT------------

IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding, if not detained give date any prior summons _____ was served on above charges

2) □ Is a Fugitive

3) □ Is on Bail or Release from (show District)

IS IN CUSTODY

4) □ On this Charge

5) □ On another conviction   □ Fed'l □ State

6) □ Awaiting trial on other charges. If answer to (6) is "Yes", Show name of Institution

Has detainer   □ Yes   If Yes,
been filed    □ No    give date
                   Filed_____

DATE OF ARREST _____
       Month      Day      Year

Or.. if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED
TO U.S. CUSTODY_____
      Month      Day      Year

□ This report amends AO 257 previously submitted

---

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

ARREST WARRANT

Summons   _____
Bail (Amt)   __NO BAIL__
NO PROCESS   _____

*WHERE DEFENDANT PREVIOUSLY APPREHENDED ON COMPLAINT, NO NEW SUMMONS OR WARRANT NEEDED, SINCE MAGISTRATE HAS SCHEDULED ARRAIGNMENT

# ATTACHMENT TO PENALTY SHEET

## SONN KIM KE

18 U.S.C § 1951(a) - CONSPIRACY TO
INTERFERE AND INTERFERENCE
WITH COMMERCE BY VIOLENCE

**PENALTY:** Max. of 20 yrs. Imprisonment;
$250,000.00 Fine; 3 yrs. Supervised Release;
$100.00 Special Assessment.

18 U.S.C § 924(c) - USE OF FIREARM IN
COMMISSION OF A VIOLENT FELONY

**PENALTY:** Mandatory Min. of 5 yrs.
Imprisonment; $250,000.00 Fine; 3 yrs.
Supervised Release; $100.00 Special
Assessment.

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN US DISTRICT COURT

by:☐ Complaint ☐ Information ☒ Indictment

OFFENSE CHARGED - SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY

SEE ATTACHMENT

*BY COURT ORDER* / *SEALED ORDER*

------------PROCEEDING------------

Name of Complainant Agency, Or Person (& Title, if any)

Federal Bureau of Investigation

☐ Person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of        SHOW
☐ U.S. Atty ☐ Defense    DOCKET NO.

☐ this prosecution relates    MAGISTRATE
to a pending case involving    CASE NO.
this same defendant
                    Cr.

☐ prior proceeding or appearance before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
furnishing information on
THIS FORM
        MICHAEL J. YAMAGUCHI
        ☒ U.S. Atty ☐ Other U.S. Agency

Name of Asst. U.S. Atty.
If assigned ___ ELIZABETH K. LEE

---

Name of District Court and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S. vs.

SOKHA KONG, aka KHA

DISTRICT COURT NUMBER

CR98 20005RMW

------------DEFENDANT------------

IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding, if not detained give date any prior summons
was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this Charge

5) ☐ On another conviction    ☐ Fed'l ☐ State

6) ☐ Awaiting trial on other charges. If answer to (6) is "Yes", Show name of Institution

Has detainer    ☐ Yes    If Yes,
been filed     ☐ No     give date
                        Filed ___

DATE OF ARREST ___
                Month        Day        Year

Or.. if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED
TO U.S. CUSTODY ___
                Month        Day        Year

☐ This report amends AO 257 previously submitted

---

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

ARREST WARRANT

Summons ___
Bail (Amt)    NO BAIL
NO PROCESS ___

*WHERE DEFENDANT PREVIOUSLY APPREHENDED ON COMPLAINT, NO NEW SUMMONS OR WARRANT NEEDED, SINCE MAGISTRATE HAS SCHEDULED ARRAIGNMENT

## ATTACHMENT TO PENALTY SHEET

### SOKHA KONG

18 U.S.C § 1951(a) - CONSPIRACY TO
INTERFERE AND INTERFERENCE
WITH COMMERCE BY VIOLENCE

**PENALTY:** Max. of 20 yrs. Imprisonment;
$250,000.00 Fine; 3 yrs. Supervised Release;
$100.00 Special Assessment.

18 U.S.C § 924(c) - USE OF FIREARM IN
COMMISSION OF A VIOLENT FELONY

**PENALTY:** Mandatory Min. of 5 yrs.
Imprisonment; $250,000.00 Fine; 3 yrs.
Supervised Release; $100.00 Special
Assessment.

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN US DISTRICT COURT

by: □ Complaint  □ Information  ☒ Indictment

**OFFENSE CHARGED - SEE ATTACHMENT**

□ Petty
□ Minor
□ Misdemeanor
☒ Felony

**PENALTY**

**SEE·ATTACHMENT**

*SEALED ORDER BY COURT*

------------PROCEEDING------------------

Name of Complainant Agency, Or Person(s Title, if any)

Federal Bureau of Investigation

□ Person is awaiting trial in another Federal or State Court, give name of court

□ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40.  Show District

□ this is a reprosecution of charges previously dismissed which were dismissed on motion of   SHOW
□ U.S. Atty  □ Defense   DOCKET NO.

□ this prosecution relates   MAGISTRATE
to a pending case involving   CASE NO.
this same defendant
Cr.

□ prior proceeding or appearance before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person furnishing information on
THIS FORM
MICHAEL J. YAMAGUCHI
☒ U.S. Atty  □ Other U.S. Agency

Name of Asst.U.S.Atty.
If assigned   ELIZABETH K. LEE

---

Name of District Court and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S. vs.

CHUON SON, aka WATER

DISTRICT COURT NUMBER

**CR98 20005 RMW**

------------DEFENDANT------------

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding, if not detained give date any prior summons _____ was served on above charges

2) □ Is a Fugitive

3) □ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) □ On this Charge

5) □ On another conviction   □ Fed'l  □ State

6) □ Awaiting trial on other charges. If answer to (6) is "Yes", Show name of Institution

Has detainer  □ Yes   If Yes,
been filed   □ No    give date
Filed _____

**DATE OF ARREST**
Month        Day        Year

Or.. if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED**
**TO U.S. CUSTODY**
Month        Day        Year

□ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

**ARREST WARRANT**

Summons        _____
Bail (Amt)     **NO BAIL**
NO PROCESS     _____

*WHERE DEFENDANT PREVIOUSLY APPREHENDED ON COMPLAINT, NO NEW SUMMONS OR WARRANT NEEDED, SINCE MAGISTRATE HAS SCHEDULED ARRAIGNMENT

## ATTACHMENT TO PENALTY SHEET

### CHUON SON

18 U.S.C § 1951(a) - CONSPIRACY TO
INTERFERE AND INTERFERENCE
WITH COMMERCE BY VIOLENCE

**PENALTY:** Max. of 20 yrs. Imprisonment;
$250,000.00 Fine; 3 yrs. Supervised Release;
$100.00 Special Assessment.

18 U.S.C § 924(c) - USE OF FIREARM IN
COMMISSION OF A VIOLENT FELONY

**PENALTY:** Mandatory Min. of 5 yrs.
Imprisonment; $250,000.00 Fine; 3 yrs.
Supervised Release; $100.00 Special
Assessment.

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN US DISTRICT COURT

by: ☐ Complaint ☐ Information ☒ Indictment

OFFENSE CHARGED - SEE ATTACHMENT

☐ Petty
☐ Minor
☒ Misdemeanor
☒ Felony

SEALED
BY COURT ORDER

PENALTY
SEE ATTACHMENT

----------PROCEEDING----------

Name of Complainant Agency, Or Person (& Title, if any)

    Federal Bureau of Investigation

☐ Person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District.

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of      SHOW
☐ U.S. Atty ☐ Defense      DOCKET NO.

☐ this prosecution relates      MAGISTRATE
to a pending case involving      CASE NO.
this same defendant
                Cr.

☐ prior proceeding or appearance before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person furnishing information on THIS FORM
        MICHAEL J. YAMAGUCHI
☒ U.S. Atty ☐ Other U.S. Agency

Name of Asst. U.S. Atty.
If assigned    ELIZABETH K. LEE

Name of District Court and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S. vs.

ERIC HU, aka RICKY

DISTRICT COURT NUMBER

CR98 20005 RMW

----------DEFENDANT----------

IS NOT IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding, if not detained give date any prior summons _____ was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this Charge

5) ☐ On another conviction      ☐ Fed'l ☐ State

6) ☐ Awaiting trial on other charges. If answer to (6) is "Yes", Show name of Institution

Has detainer    ☐ Yes      If Yes,
been filed      ☐ No       give date
                           Filed

DATE OF ARREST
                Month      Day      Year

Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED
TO U.S. CUSTODY
                Month      Day      Year

☐ This report amends AO 257 previously submitted

----------ADDITIONAL INFORMATION OR COMMENTS----------

PROCESS:

ARREST WARRANT

        Summons      _____
        Bail (Amt)   NO BAIL
        NO PROCESS   _____

*WHERE DEFENDANT PREVIOUSLY APPREHENDED ON COMPLAINT, NO NEW SUMMONS OR WARRANT NEEDED, SINCE MAGISTRATE HAS SCHEDULED ARRAIGNMENT

## ATTACHMENT TO PENALTY SHEET

## ERIC HU

18 U.S.C § 1951(a) - CONSPIRACY TO
INTERFERE AND INTERFERENCE
WITH COMMERCE BY VIOLENCE

**PENALTY:** Max. of 20 yrs. Imprisonment;
$250,000.00 Fine; 3 yrs. Supervised Release;
$100.00 Special Assessment.

18 U.S.C § 924(c) - USE OF FIREARM IN
COMMISSION OF A VIOLENT FELONY

**PENALTY:** Mandatory Min. of 5 yrs.
Imprisonment; $250,000.00 Fine; 3 yrs.
Supervised Release; $100.00 Special
Assessment.

1  MICHAEL J. YAMAGUCHI
   United States Attorney
2  GEORGE D. HARDY
   Chief, Criminal Division
3  GEOFFREY A. ANDERSON
   Assistant United States Attorney
4  Chief, Organized Crime Division
   ELIZABETH K. LEE
5  Assistant United States Attorney
        450 Golden Gate Avenue
6       San Francisco, CA  94102
        Telephone:  (415) 436-6776
7
   **Attorneys for Plaintiff**
8  **UNITED STATES OF AMERICA**

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11
   UNITED STATES OF AMERICA,  CR98  20005  RMW
12
                    Plaintiff,  )  VIOLATIONS:
13                              )
                               )  18 U.S.C. § 1951(a)
14          v.                 )  CONSPIRACY TO INTERFERE WITH
                               )  COMMERCE BY VIOLENCE
15  REY CHEA,                  )  18 U.S.C. § 1951(a)
        aka "T-BONE"           )  INTERFERENCE WITH COMMERCE
16  SONN KIM KE,               )  BY VIOLENCE
        aka "BONE"             )  18 U.S.C. § 924(c)
17  SOKHA KONG,                )  USE OF A FIREARM IN
        aka "KHA"              )  COMMISSION OF VIOLENT FELONY
18  CHUON SON,                 )
        aka "WATER"            )  **SAN JOSE VENUE**
19  ERIC HU,                   )
        aka "RICKY"            )
20                             )
                               )
21  _____Defendants._____)
                               )
22

23              **I N D I C T M E N T**

24  COUNT ONE:      (18 U.S.C. § 1951(a) - Conspiracy to Commit a
                    Robbery Affecting Interstate Commerce)
25

26       The Grand Jury further charges that:

         On April 6, 1995, in City and County of Santa Clara,

    State and Northern District of California,

```
                              REY CHEA,
                            AKA "T-BONE"
                            SONN KIM KE,
                              AKA "BONE"
                            SOKHA KONG,
                              AKA "KHA"
                            CHUON SON,
                            AKA "WATER"
                              ERIC HU,
                            AKA "RICKY"
```

defendants herein, did knowingly agree and conspire to
obstruct, delay, and affect commerce, and the movement of
articles and commodities in commerce, by armed robbery and by
threatening physical violence against another person, to wit:
employees of ASA Computers, a company which does business in
foreign and interstate commerce as defined in 18 U.S.C. §
1951(b)(3), and which was located at 2354 Calle Del Mundo,
Santa Clara, California, in violation of Title 18, United
States Code, Section 1951(a).

1

2 COUNT TWO: (18 U.S.C. § 1951(a) - Robbery Affecting
Interstate Commerce)
3

4        The Grand Jury further charges that:

5        On April 6, 1995, in the City and County of Santa Clara,

6 State and Northern District of California,

7                              REY CHEA,
                             AKA "T-BONE"
8                            SONN KIM KE,
                             AKA "BONE"
9                            SOKHA KONG,
                             AKA "KHA"
10                           CHUON SON,
                             AKA "WATER"
11                           ERIC HU,
                             AKA "RICKY"
12

13 defendants herein, did knowingly obstruct, delay, and affect

14 commerce, and the movement of articles and commodities in

15 commerce, by armed robbery and by threatening physical violence

16 against another person, to wit: employees of ASA Computers, a

17 company which does business in foreign and interstate commerce

18 as defined in 18 U.S.C. § 1951(a)(3), and which was located at

19 2354 Calle Del Mundo, Santa Clara, California; in violation of

20 Title 18, United States Code, Section 1951(a).

21

22

23

24

25

26

**COUNT THREE:** (18 U.S.C. § 924(c)(1))

The Grand Jury further charges that:

On April 6, in the City and County of Santa Clara, State and Northern District of California,

> REY CHEA,
> AKA "T-BONE"
> SONN KIM KE,
> AKA "BONE"
> SOKHA KONG,
> AKA "KHA"
> CHUON SON,
> AKA "WATER"
> ERIC HU,
> AKA "RICKY"

defendants herein, who were members of the conspiracy charged in Count One, which is incorporated by reference as if fully set forth herein, did knowingly use and carry firearms during and in relation to a crime of violence, namely, the offense alleged in Count Two of this indictment, which is incorporated by reference as if fully set forth herein, in violation of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL.

Dated:

_Chendes W. McTig_
FOREPERSON

MICHAEL J. YAMAGUCHI
United States Attorney
Northern District of California

Approved As To Form:

_Elizabeth K. Lee_
ELIZABETH K. LEE
Assistant U.S. Attorney

CLOSED

# U.S. District Court
# California Northern District (San Jose)
# CRIMINAL DOCKET FOR CASE #: 5:98-cr-20005-RMW-2
# Internal Use Only

Case title: USA v. Chea, et al

Date Filed: 01/14/1998
Date Terminated: 06/14/1999

Assigned to: Judge Ronald M. Whyte

## Defendant (2)

**Sonn Kim Ke**
*TERMINATED: 06/14/1999*
*also known as*
Bone

represented by **Alfredo Martin Morales**
336 N. 2nd St.
San Jose, CA 95112
(408) 294-5400
Email: ammlaw@pacbell.net
*TERMINATED: 06/14/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

## Pending Counts

18:1951(a) Conspiracy to interfere with
commerce by violence
(1sss)

18:1951(a) Robbery Affecting Interstate
Commerce
(2ss)

## Disposition

Defendant sentenced to 168 months this
term consists of 108 months as to counts
2,4,6 and count 1 of the felony
information and 60 months as to count 7
to run consecutive; upon release
defendant to serve 3 years supervised
release; restitution in the amount of
$664,373.51 and $200.00 special
assessment fee

Defendant sentenced to 168 months this
term consists of 108 months as to counts
2,4,6 and count 1 of the felony
information and 60 months as to count 7
to run consecutive; upon release
defendant to serve 3 years supervised
release; restitution in the amount of
$664,373.51 and $200.00 special

that the annexed
instrument is a true and correct
copy of the original filed in my
office. ATTEST FILED:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By _____ Deputy Clerk
DEC 7 2011

assessment fee

18:1951(a) Robbery Affecting Interstate Commerce (4ss)

Defendant sentenced to 168 months this term consists of 108 months as to counts 2,4,6 and count 1 of the felony information and 60 months as to count 7 to run consecutive; upon release defendant to serve 3 years supervised release; restitution in the amount of $664,373.51 and $200.00 special assessment fee

18:1951(a) Robberty Affecting Interstate Commerce (6ss)

Defendant sentenced to 168 months this term consists of 108 months as to counts 2,4,6 and count 1 of the felony information and 60 months as to count 7 to run consecutive; upon release defendant to serve 3 years supervised release; restitution in the amount of $664,373.51 and $200.00 special assessment fee

18:924(c)(1) Use of firearm in commission of violent felony (7ss)

Defendant sentenced to 168 months this term consists of 108 months as to counts 2,4,6 and count 1 of the felony information and 60 months as to count 7 to run consecutive; upon release defendant to serve 3 years supervised release; restitution in the amount of $664,373.51 and $200.00 special assessment fee

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

**Disposition**

18:1951(a) CONSPIRACY TO INTERFERE WITH COMMERCE BY VIOLENCE (1)

Dismissed

18 U.S.C.1951(a) Conspiracy to Commit a Robbery affecting Interstate Commerce (1s)

Dismissed

| | |
|---|---|
| 18:1951(a) Conspiracy to Commit a Robbery Affecting Interstate Commerce E (1ss) | Dismissed |
| 18:1951(a) ROBBERY AFFECTING INTERSTATE COMMERCE (2) | Dismissed |
| 18 U.S.C. 1951 (a) Robbery Affecting Interstate commerce (2s) | Dismissed |
| 18:924(c) USE OF A FIREARM IN COMMISSION OF VIOLENT FELONY (3) | Dismissed |
| 18 U.S.C. 924(c)(1) Use of firearm in commission of violent felony (3s) | Dismissed |
| 18:924(c) Use of firearm in commission of violent felony (3ss) | Dismissed |
| 18 U.S.C.1951(a) Robbery Affecting Interstate Commerce (4s) | Dismissed |
| 18 U.S.C. 924(c)(1) Use of firearm in commission of a violent felony (5s) | Dismissed |
| 18:924(c)(1) Use of firearm in commission of violent felony (5ss) | Dismissed |

## Highest Offense Level (Terminated)

Felony

## Complaints

## Disposition

None

## Plaintiff

**USA**                              represented by **Elizabeth K. Lee**
                                     U.S. Attorney's Office

450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
(415)436-7200
Email: Elizabeth.Lee@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 01/14/1998 | 1 | INDICTMENT by AUSA Elizabeth K. Lee. Counts filed against Rey Chea (1) counts 1, 2, 3, Sonn Kim Ke (2) counts 1, 2, 3, Sokha Kong (3) counts 1, 2, 3, Chuon Son (4) counts 1, 2, 3, Eric Hu (5) counts 1, 2, 3 (scu, COURT STAFF) (Entered: 01/22/1998) |
| 01/14/1998 | | Bench Warrant issued for Sonn Kim Ke by Mag. Judge Phyllis J. Hamilton Bail Set: No Bail (scu, COURT STAFF) (Entered: 01/22/1998) |
| 01/14/1998 | 2 | APPLICATION by Plaintiff USA for sealing order (scu, COURT STAFF) (Entered: 01/22/1998) |
| 01/14/1998 | 3 | ORDER by Mag. Judge Phyllis J. Hamilton granting application [2-1] to seal case (scu, COURT STAFF) (Entered: 01/22/1998) |
| 02/03/1998 | 5 | MINUTES: filed on 02/03/98 before Judge Ronald M. Whyte ; first appearance of Chuon Son , Attorney present; , pretrial report, ordered dft Chuon Son detained , detention hearing set for 1:30 2/6/98 for Chuon Son ; before Mag. Judge Patricia V. Trumbull , Govt's oral motion to unseal case granted ( C/R: Lee-Anne Shortridge) (scu, COURT STAFF) (Entered: 02/04/1998) |
| 02/03/1998 | | (Court only) (dhm, COURT STAFF) (Entered: 02/04/1998) |
| 03/20/1998 | 23 | SEALED document (dhm, COURT STAFF) (Entered: 03/24/1998) |
| 05/06/1998 | 27 | ORDER by Judge Ronald M. Whyte The time from 4/27/98 to 6/1/98 is excludable time. (dhm, COURT STAFF) (Entered: 05/12/1998) |
| 06/08/1998 | 38 | MAIL [36-2] returned from Post Office addressed to attorney Brian Getz (cm, COURT STAFF) (Entered: 06/09/1998) |
| 06/16/1998 | 43 | OPPOSITION to motion to exclude Rule 404(B) Evidence by defendant Rey Chea [28-1] (cm, COURT STAFF) (Entered: 06/17/1998) |
| 07/10/1998 | 47 | MINUTES: filed on 7/10/98 before Mag. Judge Patricia V. Trumbull ; first appearance of Sonn Kim Ke , Attorney present; , and detention hearing set for 12:00 7/14/98 for Sonn Kim Ke ; before Mag. Judge Patricia V. Trumbull as to defendant Sonn Kim Ke ( Tape No.: 091) (cm, COURT STAFF) (Entered: 07/14/1998) |

| 07/14/1998 | 51 | MINUTES: filed on 7/14/98 before Mag. Judge Patricia V. Trumbull ; in-court hearing will be held at 9:00 8/10/98 for Sonn Kim Ke ; before Judge Ronald M. Whyte as to defendant Sonn Kim Ke ( Tape No.: 093) (cm, COURT STAFF) (Entered: 07/14/1998) |
|---|---|---|
| 07/15/1998 | 52 | ORDER that the distribution and disclosure and of the redacted FBI 302's of cooperating defendants be limited to defendants, defense counsel, and their investigators in this matter by Judge Ronald M. Whyte (cm, COURT STAFF) (Entered: 07/17/1998) |
| 07/20/1998 | 57 | OPPOSITION by Plaintiff to as to defendant motion to exclude evidence [40-1] (cm, COURT STAFF) (Entered: 07/21/1998) |
| 07/20/1998 | 59 | ORDER by Judge Ronald M. Whyte before Judge Ronald M. Whyte , to exclude time from 6/29/98 to 10/5/98 as to defendants (cm, COURT STAFF) (Entered: 07/24/1998) |
| 07/21/1998 | 58 | ORDER by Judge Ronald M. Whyte granting motion for order shortening time is extended to 7/17/98; government's response will be due on 8/6/98 [53-1] (cm, COURT STAFF) (Entered: 07/24/1998) |
| 07/27/1998 | 61 | RULE 40 Documents received from District of Massachusetts as to Sonn Kim Ke (cm, COURT STAFF) (Entered: 07/30/1998) |
| 08/04/1998 | 64 | STIPULATION and ORDER by Judge Ronald M. Whyte motions hearing and status conference hearing will be held at 9:00 8/10/98 for Rey Chea, for Sonn Kim Ke, for Sokha Kong, for Chuon Son, for Eric Hu ; before Judge Ronald M. Whyte as to defendant (cm, COURT STAFF) (Entered: 08/05/1998) |
| 08/10/1998 | 65 | Notice of JOINDER by defendant Sonn Kim Ke re motion to exclude rule 404(b) evidence by defendant Sokha Kong [37-1] (cm, COURT STAFF) (Entered: 08/10/1998) |
| 08/10/1998 | 67 | MINUTES: filed on 8/10/98 before Judge Ronald M. Whyte ; re [40-1], re [37-1] in-court hearing will be held at 9:00 8/31/98 for Rey Chea, for Sonn Kim Ke, for Sokha Kong, for Chuon Son, for Eric Hu ; before Judge Ronald M. Whyte as to defendants ( C/R: Lee-Anne Shortridge) (cm, COURT STAFF) (Entered: 08/10/1998) |
| 08/11/1998 | 68 | SEALED document (cm, COURT STAFF) (Entered: 08/13/1998) |
| 08/17/1998 | 69 | SEALED document by defendant (scu, COURT STAFF) (Entered: 08/17/1998) |
| 08/28/1998 | 70 | SUPERSEDING indictment Rey Chea (1) count(s) 1s, 2s, 3s, 4s, 5s, Sonn Kim Ke (2) count(s) 1s, 2s, 3s, 4s, 5s, Sokha Kong (3) count(s) 1s, 2s, 3s, 4s, 5s, Chuon Son (4) count(s) 1s, 2s, 3s, 4s, 5s, Eric Hu (5) count(s) 1s, 4s, 5s, Channarith Ouk (6) count(s) 1, 4, 5 (cm. COURT STAFF) (Entered: 08/28/1998) |

| 08/31/1998 | 71 | MINUTES: filed on 8/31/98 before Mag. Judge Patricia V. Trumbull ; Sonn Kim Ke enters not guilty plea; , and in-court hearing will be held at 1:30 10/5/98 for Sonn Kim Ke ; before Judge Ronald M. Whyte as to defendant Sonn Kim Ke ( Tape No.: 116) (cm, COURT STAFF) (Entered: 09/01/1998) |
|---|---|---|
| 09/10/1998 | 89 | ORDER authorizing CJA funds on behalf of defendants for investigation services by Mag. Judge Patricia V. Trumbull (cm, COURT STAFF) (Entered: 09/11/1998) |
| 09/11/1998 | 90 | JOINDER by defendant Sonn Kim Ke re motion to dismiss count one [83-1] (cm, COURT STAFF) (Entered: 09/14/1998) |
| 09/11/1998 | 91 | PROOF OF SERVICE by defendant Sonn Kim Ke of join/joinder [90-1] (cm, COURT STAFF) (Entered: 09/14/1998) |
| 09/11/1998 | 92 | JOINDER by defendant Sonn Kim Ke re motion for relief from improper joinder of counts [80-1] (cm, COURT STAFF) (Entered: 09/14/1998) |
| 09/11/1998 | 93 | PROOF OF SERVICE by defendant Sonn Kim Ke of join/joinder [92-1] (cm, COURT STAFF) (Entered: 09/14/1998) |
| 09/16/1998 | 94 | APPLICATION by Plaintiff USA for leave to file late brief (cm, COURT STAFF) (Entered: 09/16/1998) |
| 09/16/1998 | 95 | OPPOSITION by Plaintiff to motion for relief from improper joinder of counts [80-1] (cm, COURT STAFF) (Entered: 09/16/1998) |
| 09/16/1998 | 96 | OPPOSITION by Plaintiff to motion to dismiss count one [83-1] (cm, COURT STAFF) (Entered: 09/16/1998) |
| 09/28/1998 | 107 | JOINDER by defendant Sonn Kim Ke re motion to exclude evidence offered by the government by defendant Rey Chea [98-1] (cm, COURT STAFF) (Entered: 09/28/1998) |
| 09/28/1998 | 108 | MINUTES: filed on 9/28/98 before Judge Ronald M. Whyte ; The court ordered time excluded from 9/28/98 - 11/12/98 due to defendant's need for preparation of case and motions needed; further pretrial motions 10/26/98 at 9:00 am.; pre-trial conference will be held 2:00 11/5/98 for Rey Chea, for Sonn Kim Ke, for Sokha Kong, for Chuon Son, for Eric Hu ; Jury trial set for 1:30 11/16/98 for Rey Chea, for Sonn Kim Ke, for Sokha Kong, for Chuon Son, for Eric Hu, for Channarith Ouk ; before Judge Ronald M. Whyte as to defendant Rey Chea, defendant Sonn Kim Ke, defendant Sokha Kong, defendant Chuon Son, defendant Eric Hu ( C/R: Lee-Anne Shortridge) (cm, COURT STAFF) (Entered: 09/29/1998) |
| 09/30/1998 | 109 | SEALED document by defendant Sonn Kim Ke (cm, COURT STAFF) (Entered: 09/30/1998) |
| 10/05/1998 | 110 | MOTION before Judge Ronald M. Whyte to compel the defendant to provide palmprint exemplars by USA as to Sonn Kim Ke, Chuon Son (cm, COURT |

| | | |
|---|---|---|
| | | STAFF) (Entered: 10/05/1998) |
| 10/06/1998 | 113 | Second SUPERSEDING indictment Rey Chea (1) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss, Sonn Kim Ke (2) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss, Sokha Kong (3) count(s) 1ss, 4ss, 5ss, 6ss, 7ss, Chuon Son (4) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss, Channarith Ouk (6) count(s) 1s, 6s, 7s (cm, COURT STAFF) (Entered: 10/09/1998) |
| 10/09/1998 | 117 | ORDER by Judge Ronald M. Whyte to exclude time from 9/28/98 to 11/12/98 (cm, COURT STAFF) (Entered: 10/15/1998) |
| 10/15/1998 | | Text not available. (Entered: 10/28/1998) |
| 10/15/1998 | 120 | MINUTES: filed on 10/16/98 before Judge Ronald M. Whyte ; to exclude as to defendant Rey Chea, defendant Sonn Kim Ke, defendant Sokha Kong, defendant Chuon Son , and pre-trial conference will be held 2:00 11/19/98 for Rey Chea, for Sonn Kim Ke, for Sokha Kong, for Chuon Son ; Jury trial set for 1:30 11/30/98 for Rey Chea, for Sonn Kim Ke, for Sokha Kong, for Chuon Son ; before Judge Ronald M. Whyte as to defendant Rey Chea, defendant Sonn Kim Ke, defendant Sokha Kong, defendant Chuon Son ( C/R: L. Shortridge) (cm, COURT STAFF) (Entered: 10/28/1998) |
| 10/15/1998 | 121 | MINUTES: filed on 10/21/98 before Mag. Judge Patricia V. Trumbull ; in-court hearing will be held at 2:00 10/20/98 for Rey Chea, for Sonn Kim Ke, for Sokha Kong, for Chuon Son ; before Judge Ronald M. Whyte as to defendant Rey Chea, defendant Sonn Kim Ke, defendant Sokha Kong, defendant Chuon Son ( C/R: Sarkis Tape No.: 143) (cm, COURT STAFF) (Entered: 10/28/1998) |
| 10/16/1998 | 118 | JOINDER by defendant Sonn Kim Ke (cm, COURT STAFF) (Entered: 10/20/1998) |
| 10/16/1998 | 119 | PROOF OF SERVICE by defendant Sonn Kim Ke of join/joinder [118-1] (cm, COURT STAFF) (Entered: 10/20/1998) |
| 11/09/1998 | 129 | MINUTES: filed on 11/10/98 before Judge Ronald M. Whyte ; granting motion to continue trial by defendant Chuon Son [123-1] pre-trial conference will be held 2:00 1/21/99 for Rey Chea, for Sonn Kim Ke, for Sokha Kong, for Chuon Son ; pre-trial motions due by 9:00 1/11/99 for Rey Chea, for Sonn Kim Ke, for Sokha Kong, for Chuon Son ; Jury trial set for 1:30 2/1/99 for Rey Chea, for Sonn Kim Ke, for Sokha Kong, for Chuon Son ; before Judge Ronald M. Whyte as to defendant Rey Chea, defendant Sonn Kim Ke, defendant Sokha Kong, defendant Chuon Son ( C/R: L. Shortridge) (cm, COURT STAFF) (Entered: 11/16/1998) |
| 11/18/1998 | 130 | ORDER appointing Michael Gaynor to examine defendant Chea's fingerprints and palm prints, and Criminal Justice Act funds not to exceed $1,2500.00 are allocated for this purpose by Mag. Judge Patricia V. Trumbull (cm, COURT STAFF) (Entered: 11/23/1998) |

| 11/23/1998 | 133 | ORDER certification of complex extended case and order permitting interim payments for representation of counsel by Mag. Judge Patricia V. Trumbull (cm, COURT STAFF) (Entered: 12/02/1998) |
| 11/30/1998 | 134 | ORDER certification of complex extended case and order permitting interim payments for representation of counsel by Mag. Judge Patricia V. Trumbull (cm, COURT STAFF) (Entered: 12/02/1998) |
| 12/02/1998 | 135 | ORDER by Judge Ronald M. Whyte to exclude from 11/9/98 to 2/1/99 as to defendants (cm, COURT STAFF) (Entered: 12/07/1998) |
| 01/04/1999 | 146 | MINUTES: filed on 1/4/99 before Judge Ronald M. Whyte ; Disposition/Status will be held at 9:00 1/25/99 for Sonn Kim Ke ; before Judge Ronald M. Whyte as to defendant Sonn Kim Ke ( C/R: L. Shortridge) (cm, COURT STAFF) (Entered: 01/05/1999) |
| 01/21/1999 | 161 | Proposed JURY INSTRUCTIONS submitted by Plaintiff USA as to defendants (cm, COURT STAFF) (Entered: 01/22/1999) |
| 01/21/1999 | 162 | MINUTES: filed on 1/21/99 before Judge Ronald M. Whyte ; that the motion to exclude evidence offered by the government by defendant Rey Chea [98-1] is submitted ( C/R: P. Torreano Tape No.: ) (cm, COURT STAFF) (Entered: 01/22/1999) |
| 01/21/1999 | | RECEIVED Proposed Order allocating criminal justice act funds for trial preparation and trial ( ) (cm, COURT STAFF) (Entered: 01/22/1999) |
| 01/22/1999 | 164 | SEALED document as to defendant (cm, COURT STAFF) (Entered: 01/25/1999) |
| 01/25/1999 | 166 | MINUTES: filed on 1/25/99 before Judge Ronald M. Whyte ; Status hearing will be held at 2:00 1/28/99 for Sonn Kim Ke ; before Judge Ronald M. Whyte as to defendant Sonn Kim Ke ( C/R: L. Shortridge) (cm, COURT STAFF) (Entered: 01/26/1999) |
| 01/28/1999 | 168 | MINUTES: filed on 1/28/99 before Judge Ronald M. Whyte ; to exclude time from 1/28/99 - 3/15/99 as to defendant Rey Chea, defendant Sonn Kim Ke, defendant Chuon Son , and pre-trial conference will be held 2:00 3/4/99 for Rey Chea, for Sonn Kim Ke, for Chuon Son ; Jury trial set for 1:30 3/15/99 for Rey Chea, for Sonn Kim Ke, for Chuon Son ; before Judge Ronald M. Whyte as to defendant Rey Chea, defendant Sonn Kim Ke, defendant Chuon Son ( C/R: L. Shortridge) (cm, COURT STAFF) (Entered: 02/01/1999) |
| 02/01/1999 | 173 | CJA Form 20 (Attorney Payment Voucher) for Alfredo Morales representing Sonn Kim Ke by Mag. Judge Patricia V. Trumbull (cm, COURT STAFF) (Entered: 02/08/1999) |
| 02/04/1999 | 172 | Bench Warrant returned executed as to Sonn Kim Ke on 1/21/99 (cm, COURT STAFF) (Entered: 02/05/1999) |

| | | |
|---|---|---|
| 02/16/1999 | 177 | ORDER directing Marshal to accept clothing from counsel and to allow witness DI to dress in Street clothers when he testifies by Mag. Judge Patricia V. Trumbull (cm, COURT STAFF) (Entered: 02/17/1999) |
| 02/16/1999 | 179 | PROOF OF SERVICE by Plaintiff USA of motion for joinder in by USA as to Channarith Ouk [176-1] (cm, COURT STAFF) (Entered: 02/17/1999) |
| 02/24/1999 | 182 | ORDER for issuance of subpoenas duces tecum by Mag. Judge Patricia V. Trumbull (cm, COURT STAFF) (Entered: 02/25/1999) |
| 02/25/1999 | 183 | SUBPOENA returned as to: Euong Ouer 2/23/99 (cm, COURT STAFF) (Entered: 02/26/1999) |
| 02/25/1999 | 184 | SUBPOENA returned as to: Eric Hu 2/23/99 (cm, COURT STAFF) (Entered: 02/26/1999) |
| 02/25/1999 | 185 | SUBPOENA returned as to: Sokha Kong 2/23/99 (cm, COURT STAFF) (Entered: 02/26/1999) |
| 02/25/1999 | 186 | SUBPOENA returned as to: Polo Sok 2/23/99 (cm, COURT STAFF) (Entered: 02/26/1999) |
| 02/25/1999 | 187 | SUBPOENA returned as to: Van Thieng Di 2/23/99 (cm, COURT STAFF) (Entered: 02/26/1999) |
| 02/26/1999 | 195 | SEALED document by defendant Sonn Kim Ke (cm, COURT STAFF) (Entered: 03/01/1999) |
| 02/26/1999 | 196 | SEALED document by defendant Sonn Kim Ke (cm, COURT STAFF) (Entered: 03/01/1999) |
| 03/01/1999 | 197 | JURY INSTRUCTIONS submitted by Plaintiff USA as to defendants (cm, COURT STAFF) (Entered: 03/02/1999) |
| 03/01/1999 | 198 | (Proposed) EXHIBIT list by Plaintiff USA as to defendants (cm, COURT STAFF) (Entered: 03/02/1999) |
| 03/01/1999 | 199 | (Proposed) DESIGNATION OF WITNESS(ES) submitted by Plaintiff USA as to defendant (cm, COURT STAFF) (Entered: 03/02/1999) |
| 03/01/1999 | 201 | FORM OF VERDICT for Sonn Kim Ke (cm, COURT STAFF) (Entered: 03/02/1999) |
| 03/01/1999 | 203 | MINUTES: filed on 3/1/99 before Judge Ronald M. Whyte ; granting motion for joinder in by USA as to Channarith Ouk [176-1] ( C/R: L. Shortridge) (cm, COURT STAFF) (Entered: 03/03/1999) |
| 03/02/1999 | 206 | PROOF OF SERVICE by Plaintiff USA of verdict [202-1], verdict [201-1], verdict [200-1], list [199-1], list [198-1], jury [197-1] as to defendant (cm, COURT STAFF) (Entered: 03/03/1999) |

| 03/03/1999 | 208 | TRIAL briefs submitted by Plaintiff USA as to defendant (cm, COURT STAFF) (Entered: 03/03/1999) |
|---|---|---|
| 03/04/1999 | 210 | MINUTES: filed on 3/4/99 before Judge Ronald M. Whyte ; finding the motion in limine to exclude evidence by defendant Chuon Son [191-1] moot. ( C/R: L. Shortridge) (cm, COURT STAFF) (Entered: 03/05/1999) |
| 03/04/1999 | 212 | SUPERSEDING Information naming Sonn Kim Ke Sonn Kim Ke (2) count(s) 1sss (cm, COURT STAFF) (Entered: 03/05/1999) |
| 03/04/1999 | 213 | MINUTES: filed on 3/4/99 before Judge Ronald M. Whyte ; Sonn Kim Ke enters guilty plea; , Sonn Kim Ke (2) count(s) 2ss, 4ss, 6ss, 7ss, 1sss , and sentencing hearing will be held at 9:00 6/14/99 for Sonn Kim Ke ; before Judge Ronald M. Whyte as to defendant Sonn Kim Ke ( C/R: L. Shortridge) (cm, COURT STAFF) (Entered: 03/05/1999) |
| 03/04/1999 | 214 | WAIVER of INDICTMENT by defendant Sonn Kim Ke (cm, COURT STAFF) (Entered: 03/05/1999) |
| 03/04/1999 | 215 | SEALED document by Plaintiff USA as to defendant Sonn Kim Ke (cm, COURT STAFF) (Entered: 03/05/1999) |
| 03/04/1999 | 217 | SEALED document by defendant (cm, COURT STAFF) (Entered: 03/08/1999) |
| 03/04/1999 | 218 | SEALED document by defendant (cm, COURT STAFF) (Entered: 03/08/1999) |
| 03/11/1999 | 223 | SEALED document (cm, COURT STAFF) (Entered: 03/11/1999) |
| 03/11/1999 | 224 | SEALED document (cm, COURT STAFF) (Entered: 03/11/1999) |
| 03/12/1999 | 227 | SEALED document (cm, COURT STAFF) (Entered: 03/15/1999) |
| 03/17/1999 | 230 | MINUTES: filed on 3/18/99 before Judge Ronald M. Whyte ; Jury trial began on 3/17/99 at 8:00 am.; further trial 318/99 at 8:00 am. ( C/R: J. Davis) (cm, COURT STAFF) (Entered: 03/19/1999) |
| 03/18/1999 | 231 | MINUTES: filed on 3/18/99 before Judge Ronald M. Whyte ; Jury trial began on 3/18/99 at 8:00 am.; further trial 3/23/99 at 8:00 am. ( C/R: L. Shortridge, I. Rodriguez) (cm, COURT STAFF) (Entered: 03/19/1999) |
| 03/22/1999 | 234 | MINUTES: filed on 3/22/99 before Judge Ronald M. Whyte ; Jury trial began at 9:00 am.; further trial 3/23/99 at 8:00 am. ( C/R: L. Shortridge) (cm, COURT STAFF) (Entered: 03/22/1999) |
| 03/23/1999 | 235 | ORDER issued to the Department of Corrections to allow defendant, Eric Hu to have a shower, a shave and a haircut by Judge Ronald M. Whyte (cm, COURT STAFF) (Entered: 03/24/1999) |
| 03/23/1999 | 236 | MINUTES: filed on 3/24/99 before Judge Ronald M. Whyte ; Jury trial began on 3/23/99 at 8:00 am.; further trial 3/24/99 at 8:00 am. ( C/R: L. Shortridge) |

| | | |
|---|---|---|
| | | (cm, COURT STAFF) (Entered: 03/25/1999) |
| 03/24/1999 | 237 | MINUTES: filed on 3/24/99 before Judge Ronald M. Whyte ; Jury trial began 3/24/99 at 8:00 am.; further trial 3/25/99 at 8:00 am. ( C/R: Dynele Simonov Tape No.: ) (cm, COURT STAFF) (Entered: 03/25/1999) |
| 03/25/1999 | 239 | MINUTES: filed on 3/25/99 before Judge Ronald M. Whyte ; Jury trial began at 3/25/99 at 8:00 a.m.; further trial 3/30/99 at 8:00 am. ( C/R: D. Simonov) (cm, COURT STAFF) (Entered: 03/29/1999) |
| 03/26/1999 | 240 | ORDER the court adopts as the order of the court all of the dates and deadlines and any other matter reflected on the minutes filed 3/12/99 by Judge Jeremy Fogel (cm, COURT STAFF) (Entered: 03/29/1999) |
| 03/30/1999 | 241 | MINUTES: filed on 3/30/99 before Judge Ronald M. Whyte ; Jury trial began; further trial 3/31/99 at 8:00 a.m. ( C/R: Dynele Simonov) (cm, COURT STAFF) (Entered: 03/31/1999) |
| 03/31/1999 | 243 | TRIAL MINUTES: ( C/R Dynele Simonov) ( Hearing Date: 3/31/99) Jury trial began 3/31/99 at 8:00 a.m.; further trial 4/1/99 at 8:00 am. (cm, COURT STAFF) (Entered: 04/02/1999) |
| 04/01/1999 | 249 | STIPULATION and ORDER that the trial exhibits may be returned to counsel until or unless an appeal is filed by Judge Ronald M. Whyte (cm, COURT STAFF) (Entered: 04/05/1999) |
| 06/07/1999 | 255 | SENTENCING memorandum filed by Sonn Kim Ke (cm, COURT STAFF) (Entered: 06/09/1999) |
| 06/09/1999 | 260 | SEALED document by Plaintiff USA as to defendant Sonn Kim Ke (cm, COURT STAFF) (Entered: 06/14/1999) |
| 06/10/1999 | | RECEIVED Proposed Order ( ) re: motion for order shortening time [261-1] (cm, COURT STAFF) (Entered: 06/14/1999) |
| 06/14/1999 | 266 | MINUTES: filed on 6/15/99 before Judge Ronald M. Whyte ; sentencing Sonn Kim Ke (2) count(s) 1sss, 2ss , 4ss , 6ss , 7ss . Defendant sentenced to 168 months this term consists of 108 months as to counts 2,4,6 and count 1 of the felony information and 60 months as to count 7 to run consecutive; upon release defendant to serve 3 years supervised release; restitution in the amount of $664,373.51 and $200.00 special assessment fee , and dismissing counts Sonn Kim Ke (2) count(s) 1, 1ss , 1s , 2 , 2s , 3 , 3ss , 3s , 4s , 5ss , 5s . Dismissed ( C/R: I. Rodriguez) (cm, COURT STAFF) (Entered: 06/17/1999) |
| 06/17/1999 | 275 | JUDGMENT and Commitment issued as to Sonn Kim Ke Sonn Kim Ke (2) count(s) 7ss, 6ss, 2ss, 4ss, 1sss Judge Ronald M. Whyte dismissing counts Sonn Kim Ke (2) count(s) 1, 1ss , 1s , 2 . 2s , 3 , 3ss , 3s , 4s , 5ss . 5s . Dismissed (cc: all counsel) ( Date Entered: 6/17/99) (cm, COURT STAFF) (Entered: 06/17/1999) |

| 08/26/1999 | | Docket Modification (Administrative) to terminating case (cm, COURT STAFF) (Entered: 08/26/1999) |
|---|---|---|
| 08/27/1999 | | Docket fee notification form and case information sheet to USCA [283-1] (cm, COURT STAFF) (Entered: 08/27/1999) |
| 08/27/1999 | | (Court only) Mailed appeal forms to counsel and USCA (cm, COURT STAFF) (Entered: 08/27/1999) |
| 12/22/1999 | 293 | REPORTER'S TRANSCRIPT; Date of proceedings: 9/28/98 ( C/R: Lee-Anne Shortridge) as to defendant Rey Chea, defendant Sonn Kim Ke, defendant Sokha Kong, defendant Chuon Son, defendant Eric Hu (cgb, COURT STAFF) (Entered: 12/23/1999) |
| 12/22/1999 | 294 | REPORTER'S TRANSCRIPT; Date of proceedings: 10/15/98 ( C/R: Lee-Anne Shortridge) as to defendant Rey Chea, defendant Sonn Kim Ke, defendant Sokha Kong, defendant Chuon Son (cgb, COURT STAFF) (Entered: 12/23/1999) |
| 12/22/1999 | 295 | REPORTER'S TRANSCRIPT; Date of proceedings: 11/9/98 ( C/R: Lee-Anne Shortridge) as to defendant Rey Chea, defendant Sonn Kim Ke, defendant Sokha Kong, defendant Chuon Son (cgb, COURT STAFF) (Entered: 12/23/1999) |
| 12/22/1999 | 297 | REPORTER'S TRANSCRIPT; Date of proceedings: 1/28/99 ( C/R: Lee-Anne Shortridge) as to defendant Rey Chea, defendant Sonn Kim Ke, defendant Chuon Son (cgb, COURT STAFF) (Entered: 12/23/1999) |
| 03/09/2000 | 325 | Payment Record Card: Payment of special assessment in the amount of $200.00 on behalf of defendant Sonn Kim Ke . (sr, COURT STAFF) (Entered: 12/24/2002) |
| 03/19/2001 | 308 | CLERK'S NOTICE resentencing hearing will be held at 9:00 4/30/01 for Rey Chea ; before Judge Ronald M. Whyte (cgb, COURT STAFF) (Entered: 03/22/2001) |
| 05/16/2001 | 316 | MINUTES: filed on 6/5/01 before Judge Ronald M. Whyte ; resentencing hearing held for Rey Chea before Judge Ronald M. Whyte ( C/R: Lee Anne Shortridge) (cgb, COURT STAFF) (Entered: 06/06/2001) |
| 12/06/2011 | 331 | Probation Form 22 by as to Sonn Kim Ke EDCA, Fresno. Signed by Judge Hon. Ronald M. Whyte on 8/12/2011. (cfe, COURT STAFF) (Filed on 12/6/2011) (Entered: 12/07/2011) |
| 12/07/2011 | | ***ERROR ENTRY***PLEASE IGNORE***File requested from FRC as to Sonn Kim Ke (cfe, COURT STAFF) (Filed on 12/7/2011) Modified on 12/7/2011 (cfeS, COURT STAFF). (Entered: 12/07/2011) |
| 12/07/2011 | 332 | Mailed Probation Transfer documents to EDCA, Fresno as to Sonn Kim Ke: (cfeS, COURT STAFF) (Filed on 12/7/2011) (cfe, COURT STAFF). (Entered: |

12/07/2011)